# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Allison Victoria Miller, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:25−bk−01681−HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on June 13, 2025. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 20, 2025

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Allison Victoria Miller<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:25-BK-01681-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Friday, August 29, 2025, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:25-bk-01681-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Fri Aug 29 17:26:27 EDT 2025 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 | AmSher Collection Services<br>4524 Southlake Parkway, Suite 15<br>Birmingham, AL 35244-3271 |
| American Credit Acceptance<br>961 East Main Street<br>Spartanburg, SC 29302-2149 | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Community LifeTeam<br>PO Box 8700<br>Harrisburg, PA 17105-8700 |
| (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Curalta Foot and Ankle Penn<br>Department 3520<br>PO Box 986500<br>Boston, MA 02298-6500 | Fulton County Medical Center<br>Patient Bill Processing Center<br>New York, NY 10008-5257 |
| GreenSky<br>1797 NE Expressway Suite 100<br>Atlanta, GA 30329-2451 | GreenSky Inc.<br>PO Box 2730<br>Alpharetta, GA 30023-2730 | Navient<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Nelnet<br>121 South 13th Street<br>PO Box 82561<br>Lincoln, NE 68501-2561 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Allison Victoria Miller<br>16 Mayberry Lane<br>Mechanicsburg, PA 17050-2762 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Acceptance Corporation<br>25505 West 12 Mile Road<br>Southfield, MI 48034-8316 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | (d)PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)PNC BANK, NATIONAL ASSOCIATION        End of Label Matrix
                                         Mailable recipients    19
                                         Bypassed recipients     1
                                         Total                  20
```